IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BEVERLY R. HOWARD, )
 )
      Plaintiff, )
 )
vs. ) Case No. CIV-09-11-D
 )
CENTRAL CREDIT SERVICES, INC., )
 )
      Defendant. )

**O R D E R   O F   D I S M I S S A L**

On May 11, 2009, the Court ordered Plaintiff to show cause by May 22, 2009, why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve Defendant with process within 120 days after the Complaint was filed. Plaintiff has neither made any timely response to the Order nor filed any proof of service. For this reason, and because the record reflects no reason to excuse a lack of timely service or to warrant additional time for service, the Court finds that the action should be dismissed pursuant to Rule 4(m).

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

Entered this 27th day of May, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE